# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jossette Santiago <br> _Debtor(s)_ | CHAPTER 13 |
| Toyota Motor Credit Corporation <br> _Movant_ <br> vs. | NO. 17-14428 JKF |
| Jossette Santiago <br> _Debtor(s)_ | |
| Johnny Santiago <br> _Co-Debtor_ | 11 U.S.C. Sections 362 and 1301 |
| Frederick L. Reigle <br> _Trustee_ | |

## ORDER TERMINATING AUTOMATIC STAY & CO-DEBTOR STAY

AND NOW, this 10th day of January, 2018, Movant Toyota Motor Credit Corporation having filed a Motion for Relief from the Automatic Stay and a Certificate of No Objection to its Motion, it is hereby OREDERED that the Motion for relief is GRANTED.

The automatic stay and codebtor stay are hereby terminated under 11 U.S.C. Sections 362(d) and 1301 as to Movant and its successor or assignee with respect to the 2008 GMC YUKON XL DENALI having VIN #: 1GKFK66808J169997. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

_____
United States Bankruptcy Judge

cc: See attached service list

Jossette Santiago
12414 Academy Road
Philadelphia, PA 19154

Johnny Santiago
12414 Academy Road
Philadelphia, PA 19154

Paul H. Young,, Esq.
3554 Hulmeville Road
Young, Marr & Associates
Suite 102
Bensalem, PA 19020

Frederick L. Reigle
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532