United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-14428-jkf
Jossette Santiago                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Virginia | Page 1 of 1 | Date Rcvd: Jan 10, 2018 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2018.
db         #+Jossette Santiago,   12414 Academy Road,   Philadelphia, PA 19154-1929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2018 at the address(es) listed below:
         FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         MATTEO SAMUEL WEINER   on behalf of Creditor   Toyota Motor Credit Corporation
          bkgroup@kmllawgroup.com
         PAUL H. YOUNG    on behalf of Debtor Jossette  Santiago support@ymalaw.com, ykaecf@gmail.com,
          paullawyers@gmail.com,pyoung@ymalaw.com
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM EDWARD CRAIG   on behalf of Creditor   Santander Consumer USA Inc.
          ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                  TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jossette Santiago <br> _Debtor(s)_ | CHAPTER 13 |
| Toyota Motor Credit Corporation <br> _Movant_ <br> vs. | NO. 17-14428 JKF |
| Jossette Santiago <br> _Debtor(s)_ | |
| Johnny Santiago <br> _Co-Debtor_ | 11 U.S.C. Sections 362 and 1301 |
| Frederick L. Reigle <br> _Trustee_ | |

## ORDER TERMINATING AUTOMATIC STAY & CO-DEBTOR STAY

AND NOW, this 10th day of January, 2018, Movant Toyota Motor Credit Corporation having filed a Motion for Relief from the Automatic Stay and a Certificate of No Objection to its Motion, it is hereby OREDERED that the Motion for relief is GRANTED.

The automatic stay and codebtor stay are hereby terminated under 11 U.S.C. Sections 362(d) and 1301 as to Movant and its successor or assignee with respect to the 2008 GMC YUKON XL DENALI having VIN #: 1GKFK66808J169997.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

_____
United States Bankruptcy Judge

cc: See attached service list

Jossette Santiago
12414 Academy Road
Philadelphia, PA 19154

Johnny Santiago
12414 Academy Road
Philadelphia, PA 19154

Paul H. Young,, Esq.
3554 Hulmeville Road
Young, Marr & Associates
Suite 102
Bensalem, PA 19020

Frederick L. Reigle
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532