United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-14428-jkf
Jossette Santiago                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia              Page 1 of 2               Date Rcvd: Jan 11, 2018
                            Form ID: pdf900             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2018.
```
db             #+Jossette Santiago,    12414 Academy Road,    Philadelphia, PA 19154-1929
cr              +Santander Consumer USA Inc.,    PO Box 562088,    Suite 900 North,    Dallas, TX 75356-2088
14028475        +ACE CASH EXPRESS,    Williamson and Brown,LLC,    4691 Clifton Pkwy,    Hamburg, NY 14075-3201
13941728       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
13941727        +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
13941730        +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
13941729        +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
13941732        +Comenity Bank/Victoria Secret,    Po Box 182789,    Columbus, OH 43218-2789
13941731        +Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14023650         Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
14022858         Emergency Care Services of PA, P.C.,    PO Box 1123,    Minneapolis, MN 55440-1123
13941733        +Mohela/Dept of Ed,    633 Spirit Dr,    Chesterfield, MO 63005-1243
13955623        +SANTANDER CONSUMER USA INC.,    P.O. BOX 961245,    FORT WORTH, TX 76161-0244
13941744       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor credit Corp,    Po Box 8026,    Cedar Rapids, IA 52408)
13941743        +Target,    Po Box 673,    Minneapolis, MN 55440-0673
13941742        +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
13966263        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13941745        +Toyota Motor credit Corp,    Two Walnut Groove Dr,    Horsham, PA 19044-2219
13952303        +US Dept of Education/MOHELA,    633 Spirit Drive,    Chesterfield MO 63005-1243
13941746        +Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
13941747        +Verizon,    Po Box 650584,    Dallas, TX 75265-0584

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Jan 12 2018 03:03:42     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 12 2018 03:03:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 12 2018 03:03:34     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 12 2018 03:11:36
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr              +E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2018 03:04:07     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14010829         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 12 2018 03:04:08
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14011003         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 12 2018 03:04:09
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13961375         E-mail/PDF: cbp@onemainfinancial.com Jan 12 2018 03:04:22     ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
13941735        +E-mail/PDF: cbp@onemainfinancial.com Jan 12 2018 03:04:12     OneMain,    Po Box 1010,
                 Evansville, IN 47706-1010
13941734        +E-mail/PDF: cbp@onemainfinancial.com Jan 12 2018 03:04:13     OneMain,    Attn: Bankruptcy,
                 601 Nw 2nd St,    Evansville, IN 47708-1013
13989303         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 12 2018 03:23:29
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13945299        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 12 2018 03:11:19
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13971187         E-mail/Text: bnc-quantum@quantum3group.com Jan 12 2018 03:03:06
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13941736        +E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2018 03:04:15     Syncb Bank/American Eagle,
                 Attn: Bankruptcy,    Po Box 965064,    Orlando, FL 32896-5064
13941737        +E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2018 03:04:07     Syncb Bank/American Eagle,
                 Po Box 965005,    Orlando, FL 32896-5005
13941738        +E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2018 03:04:15     Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
13941739        +E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2018 03:04:24     Synchrony Bank/ JC Penneys,
                 Po Box 965007,    Orlando, FL 32896-5007
13941740        +E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2018 03:04:07     Synchrony Bank/TJX,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
13941741        +E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2018 03:04:24     Synchrony Bank/TJX,
                 Po Box 965015,    Orlando, FL 32896-5015
13947901        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 12 2018 03:11:20     T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
13997704         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 12 2018 03:11:50     Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 21
```

```
District/off: 0313-2              User: Virginia              Page 2 of 2              Date Rcvd: Jan 11, 2018
                                  Form ID: pdf900             Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14028653*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,    PO Box 41067,
                  Norfolk, VA 23541)
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Jossette  Santiago support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :        Chapter 13

17-14428-JKF        JOSSETTE SANTIAGO     :

Debtor(s)                                   :

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Frederick Reigle, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: January 11, 2018**

**JEAN K. FITZSIMON**
**U.S. BANKRUPTCY JUDGE**