United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-14428-jkf
Jossette Santiago                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia         Page 1 of 1           Date Rcvd: Feb 02, 2018
                           Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2018.
db              #+Jossette Santiago,   12414 Academy Road,   Philadelphia, PA 19154-1929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2018 at the address(es) listed below:
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          PAUL H. YOUNG    on behalf of Debtor Jossette  Santiago support@ymalaw.com,  ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor   Santander Consumer USA Inc.
           ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                         TOTAL: 6

U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


**IN RE:  JOSSETTE SANTIAGO**      :  **CHAPTER 13**
                                   :
     **Debtor**                    :  **BANKRUPTCY NO. 17-14428**


ORDER TO ALLOW COUNSEL FEES

        AND NOW, this                 day of                          , 2017, upon
consideration of the foregoing Application and upon Notice, Opportunity for Hearing and Certification
of No Objection, counsel fees are allowed in the following amount:

        Counsel fee:    $3,500
        Total paid by Debtor prepetition:   $1,000
        ($2,500 to be paid in Plan)
        Filing fee paid by client

        The amount paid is for counsel's handling of Debtor's above-captioned Chapter 13 case.

        In the event debtor's case is dismissed prior to confirmation, the Chapter 13 Trustee is
authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. Section
1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503(b) and 11 U.S.C. Section 330(a)(4)(B), the
allowed compensation set forth above less $1,000 which was paid by the Debtor(s) prepetition.

Date:_____                   _____
                                                        J.
**Date: February 2, 2018**

Suggested copies:

U.S. Trustee's Office

Trustee

All Creditors on Matrix

Debtor